IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-11397
_____


AT&T COMMUNICATIONS OF THE
SOUTHWEST, INC.; ET AL.,

                                              Plaintiffs,

AT&T COMMUNICATIONS OF THE
SOUTHWEST, INC.;
TAYLOR COMMUNICATIONS, INC.,

                                    Plaintiffs-Appellees,

                        versus

CITY OF DALLAS, TEXAS,

                                              Defendant,

SOUTHWESTERN BELL TELEPHONE
COMPANY,

                                              Appellant.

_____

CAPROCK COMMUNICATIONS CORP.;
GOLDEN HARBOR OF TEXAS, INC.;
WESTEL, INC.,

                                    Plaintiffs-Appellees,

                        versus

CITY OF DALLAS, TEXAS,

                                              Defendant,

SOUTHWESTERN BELL TELEPHONE COMPANY,

                                              Appellant.

_____
SPRINT COMMUNICATIONS COMPANY, LP,

                                        Plaintiff-Appellee,

                        versus

CITY OF DALLAS, TEXAS,

                                        Defendant,

SOUTHWESTERN BELL TELEPHONE COMPANY,

                                        Appellant.
_____

        Appeals from the United States District Court for the
                    Northern District of Texas
_____

                        April 17, 2001

                    **ON PETITION FOR REHEARING**

    (Opinion April 17, 2001, 5th Cir. 2001, _____F.3d_____)

Before HILL,[*] JOLLY, and BENAVIDES, Circuit Judges.

E. GRADY JOLLY, Circuit Judge:

    The petition for rehearing filed by Sprint Communications Company is DENIED.

    On March 26, 2001, Teligent, Inc. submitted a letter requesting a correction in the language of the March 15, 2001 opinion in this case. Treating the letter as a petition for rehearing, the petition is granted as follows: Footnote ** will be added after the first sentence of the first paragraph. This footnote will read as follows:

_____

    [*]Circuit Judge of the Eighth Circuit, sitting by designation.

Southwestern Bell filed a motion to dismiss its appeal against Teligent, Inc. ("Teligent"), which this court granted on March 30, 2000. Thus, the judgment in favor of Teligent is not affected by this appeal.

In all other respects, the opinion remains unchanged, and all other relief is DENIED.